**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **EUDRIX ALEJANDRO PARRA COLMENARES,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2742-KC** |
| | § | |
| **WARDEN, ERO El PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. Eudrix Alejandro Parra Colmenares's Petition for Writ of Habeas Corpus, ECF No. 1, raises novel arguments concerning the proper venue and governing law for immigration bond proceedings following a detainee's transfer. *See* Pet. Respondents dispute the applicability of the authorities on which Parra Colmenares relies. Resp. 7–9, ECF No. 3.

Accordingly, the Court **ORDERS** that Parra Colmenares may **FILE** a reply in support of his petition by **no later than December 1, 2026**.

**SO ORDERED**.

**SIGNED this 24th day of November, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE